No. 09-10692. Cheryl Lynn Rice, Petitioner v. John E. Potter, Postmaster General.

560 U.S. 974, 130 S. Ct. 3434, 177 L. Ed. 2d 341, 2010 U.S. LEXIS 4798.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 347 Fed. Appx. 320.